# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALIF GANT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT NANCY GIROUX,** | : | |
| **et al., THE DISTRICT ATTORNEY OF** | : | |
| **THE COUNTY OF PHILADELPHIA and** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 15-4468** |

## ORDER

**NOW**, this 27th day of June, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the Petition, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret, and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lloret is **APPROVED** and **ADOPTED**[1];

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/ Timothy J. Savage, J.

---

[1] The Magistrate Judge's recitation of the factual and procedural history is accurate and thorough. His legal analysis is well-reasoned. There is no need to expound on his report.